IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMUS, INC. : | CIVIL ACTION |
| : | NO. 10-1654 |
| v. : | |
| : | |
| DAVIS-GIOVINAZZO CONSTRUCTION : | |
| CO., INC., et al. : | |

ORDER

AND NOW, this 19th day of August 2010, in consideration of the parties' oral arguments and the pleadings, defendant Susquehanna Bank's motion to dismiss for lack of subject matter jurisdiction is DENIED.

/s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.